Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 2707 | **DATE** | June 25, 2012 |
| **CASE TITLE** | Charles Perkins (2011-11280056) v. Cook County Municipality, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's amended complaint [7] is accepted. The Clerk is directed to reinstate the case. The Clerk is also directed to: (1) issue summonses for service of the complaint on the Defendants-Cook County, Sheriff Thomas Dart, and Director Godinez., (2) attach a Magistrate Judge Consent Form to the summonses for Defendants, and (3) send Plaintiff said Form and Instructions for Submitting Documents along with a copy of this order.

■[For further details see text below.]

Docketing to mail notices.

## STATEMENT

Plaintiff, Charles Perkins, a pretrial detainee at Cook County Jail, brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On May 2, 2012, Plaintiff was granted leave to proceed *in forma pauperis*; however, his complaint was dismissed without prejudice because it failed to state a claim. Plaintiff was given 30 days to file an amended complaint. On June 12, 2012, the matter was dismissed because Plaintiff has not filed an amended complaint. Plaintiff has now submitted an amended complaint.

Pursuant to 28 U.S.C. § 1915A, the Court is required to conduct a prompt initial review of the amended complaint.

Plaintiff re-alleges that he is challenging conditions of confinement because he was housed in two condemned buildings at Cook County Jail. He alleges that both buildings lacked hot water and that water leaked into the buildings from the roof. He alleges that he broke out in rashes and a MRSA infection due to the poor living conditions and the lack of proper medical care. He alleges he was detained in this conditions for approximately one month in one building and two months in another building. Plaintiff's amended complaint sufficiently pleads systemic inadequate living conditions at Cook County Jail. Accordingly, the amended complaint is accepted and the matter is reinstated. Defendants Cook County, Sheriff Thomas Dart, and Director Godinez must respond to the amended complaint.

The United States Marshals Service is appointed to serve the Defendants. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve Defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve Defendants. With respect to any former Cook County employee who can no longer be found at the work address provided by Plaintiff, Cook County shall furnish the Marshal with Defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to Defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Plaintiff is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. Plaintiff must include the original and a judge's copy of all filings. In addition, Plaintiff must send an exact copy of any filing to Defendants or, if represented by counsel, to counsel for Defendants. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Plaintiff must also insure all pleadings, written motions, and other papers submitted to the Court are signed pursuant to

| STATEMENT |
|---|
| Fed. R. Civ. P. 11(a).  Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff. |
|  |